**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS**

HAYDEN CATHOLIC HIGH SCHOOL,

    Plaintiff,

v.                                     CASE NO. 2:19-cv-02142

KEITH FRANK BELL,

    Defendant.

**STIPULATION OF DISMISSAL WITHOUT PREJUDICE
PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(i)**

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff Hayden Catholic High School, by and through its undersigned counsel, hereby moves to dismiss the Complaint for Declaratory Judgment and Demand for Jury Trial without prejudice.

WHEREFORE, Plaintiff respectfully requests the Court enter an order dismissing the Complaint for Declaratory Judgment and Demand for Jury Trial without prejudice, each party to pay its own costs.

Respectfully submitted this 17th day of April, 2019.

                                                   Respectfully submitted,

                                                   **KUTAK ROCK LLP**

                                                   s/ Richard A. Olmstead
                                                   Richard A. Olmstead (KS # 19946)
                                                   111 S. Whittier, Suite 110
                                                   Wichita, Kansas 67207
                                                   Telephone: 816-960-0090
                                                   Facsimile: 816-960-0041
                                                   Richard.olmstead@kutakrock.com

        And

        Todd C. Kinney
        Patrick C. Stephenson
        Carol A. Svolos
        1650 Farnam Street
        Omaha, NE 68102-2186
        Telephone: (402) 346-6000
        Facsimile: (402) 346-1148
        todd.kinney@kutakrock.com
        patrick.stephenson@kutakrock.com
        carol.svolos@kutakrock.com
        *Attorneys for Hayden Catholic High School*